# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SYLVESTER BRADFORD, et al.,<br><br>Defendants. | Case No. 13-cv-03020 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *Deutsche Bank Trust Company Americas as Trustee v. Bradford, et al.*, No. 12-cv-01077 RS.

IT IS SO ORDERED.

Date: July 5, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge