UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY,<br><br>    Plaintiff,<br> v.<br>SYLVESTER BRADFORD,<br><br>    Defendant.<br>_____/ | No. C 13-3564 MEJ<br><br>**SUA SPONTE REFERRAL TO DETERMINE RELATIONSHIP OF CASES** |

  In accordance with Civil Local Rule 3-12(c), this matter is referred to the Honorable Richard Seeborg to determine whether it is related to the following case: *Deutsche Bank Trust Co. Americas as Trustee v. Bradford, et al.*, No. 12-cv-1077 RS, and *Deutsche Bank Trust Co. Americas as Trustee v. Bradford, et al.*, No. 13-cv-3020 RS.

  **IT IS SO ORDERED.**

Dated: August 2, 2013

                    _____
                    Maria-Elena James
                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY,     No. C 13-03564 MEJ

           Plaintiff(s),     **CERTIFICATE OF SERVICE**

    v.

SYLVESTER BRADFORD,

           Defendant(s).
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvester Bradford
6600 Brann
Oakland, CA 94605

Dated: August 2, 2013

           Richard W. Wieking, Clerk
           By: Rose Maher, Deputy Clerk