**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY,**<br><br>   Plaintiff(s),<br><br>   vs.<br><br>**DARRICK D. STERLING AND SYLVESTER BRADFORD,**<br><br>   Defendants. | Case No.: 14-CV-2181 YGR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the undersigned **ORDERS** that the above-captioned case is referred to Judge Richard Seeborg to consider whether it is related to the following:

*Deutsche Bank National Trust Company Americas v. Bradford,* Case No. 12-cv-1077 RS;

*Deutsche Bank Trust Company Americas as Trustee v. Bradford,* Case No. 12-cv-4971 RS;

*Deutsche Bank Trust Company Americas as Trustee v. Bradford,* Case No. 13-cv-3020 RS;

*Deutsche Bank Trust Company Americas as Trustee v. Bradford,* Case No. 13-cv-3564 RS; and/or

*Deutsche Bank Trust Company Americas as Trustee v. Bradford,* Case No. 14-cv-2326 RS

**IT IS SO ORDERED.**

Date: July 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**